1  Alan S. Gutman, SBN 128514
   John Juenger, SBN 225201
2  GUTMAN LAW
   9401 Wilshire Boulevard, Suite 575
3  Beverly Hills, CA 90212-2918
   Telephone: 310-385-0700
4  Facsimile: 310-385-0710
          email: alangutman@gutmanlaw.com
5                jjuenger@gutmanlaw.com

6  Attorneys for Plaintiff IMMEDIATE MUSIC, LLC

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11 | IMMEDIATE MUSIC, LLC,              ) Case Number
   |                                     )
12 |     Plaintiffs,                     ) **COMPLAINT FOR DAMAGES AND**
   |                                     ) **INJUNCTIVE RELIEF FOR**
13 | vs.                                 ) **COPYRIGHT INFRINGEMENT**
   |                                     )
14 | MICHEAL RAY STEVENSON pka           ) **DEMAND FOR JURY TRIAL**
   | "TYGA"; LAST KINGS RECORDS;         )
15 | UMG RECORDINGS;  EMPIRE             )
   | DISTRIBUTION;                       )
16 |                                     )
   |     Defendants.                     )
17 | _____ )

18  Plaintiff alleges as follows:

19                           JURISDICTION

20      1.    This is a clear liability copyright infringement action.  This Court has subject matter

21  jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338.  Plaintiff seeks injunctive relief, actual

22  damages (or statutory damages at Plaintiff's election pursuant to 17 U.S.C. § 504(c)(1)), costs and

23  attorney's fees, for the willful infringement of two (2) musical compositions and sound recordings

24  by Defendants.

25                              VENUE

26      2.    Venue in this judicial district is proper under 28 U.S.C. § 1400(a) as Defendants do

27  business and may be found in this district and Plaintiff's principal place of business is in this district.

28  //

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**

## THE PARTIES

3. Plaintiff Immediate Music, LLC. ("Immediate") is a California limited liability company with its principal place of business in Los Angeles, California, and is the owner of the copyright to the musical compositions and sound recordings that are the subject of this lawsuit which has been infringed by the Defendants herein.

4. Plaintiff is informed and believes and on that basis alleges that Defendant Micheal Ray Stevenson, professionally known as "Tyga" ("Tyga"), is an individual over the age of 18 who resides in the County of Los Angeles, State of California.

5. Plaintiff is informed and believes and on that basis alleges that Defendant Last Kings Records, LLC ("Last Kings") is a California limited liability company with its principal place of business in the County of Los Angeles, State of California.

6. Plaintiff is informed and believes and on that basis alleges that Defendant UMG Recordings ("UMG") is a Delaware corporation with its principal place of business in the County of Los Angeles, State of California.

7. Plaintiff is informed and believes and on that basis alleges that Defendant Empire Distribution ("Empire") is a California corporation with its principal place of business in the City of San Francisco, State of California.

## FIRST CLAIM FOR RELIEF
## COPYRIGHT INFRINGEMENT
## AGAINST ALL DEFENDANTS

8. Plaintiff realleges and incorporates by reference all allegations contained in paragraphs 1 through 7 as though said allegations were set forth in their entirety herein.

9. The first musical composition and sound recording that is the subject of this lawsuit is entitled "Lacrimosa Dominae" ("Work 1") and is copyrightable subject matter under the laws of the United States. Plaintiff has duly complied with all required provisions of the copyright laws of the United States applicable to Work 1, including but not limited to, duly registering and receiving a copyright in and to Work 1 with the United States Copyright Office in 2004 (SRu 570-351).

10. Sometime within the past three years, Defendants used Work 1 without authorization.

Specifically, Plaintiff recently discovered that the track "10 Million $ Mortgage" was commercially released sometime in or about January of 2016 on an album entitled "Rawwest N**** Alive" by Tyga, through Tyga's label imprint, Last Kings, and distributed by Empire and UMG. The track "10 Million Dollar Mortgage" utilized Work 1 (as well as Work 2, which is addressed in the Second Claim for Relief). Work 1 was used without authorization.

11. In undertaking the conduct complained of in this action, Defendants infringed and knowingly and intentionally violated Plaintiff's rights.

12. Based upon Defendants' infringement, Plaintiff is entitled to actual damages (or may hereafter elect statutory damages). Plaintiff is also entitled to an award of attorney's fees and costs.

13. The amount of actual damages shall be proven at the time of trial.

14. Additionally, Defendants have caused and continues to cause great injury to Plaintiff, which damage cannot be accurately computed, and unless this Court restrains Defendants from further infringements, Plaintiff will suffer irreparable injury, for which there is no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT**

**AGAINST ALL DEFENDANTS**

15. Plaintiff realleges and incorporates by reference all allegations contained in paragraphs 1 through 7 as though said allegations were set forth in their entirety herein.

16. The second musical composition and sound recording that is the subject of this lawsuit is entitled "Ode to Power" ("Work 2") and is copyrightable subject matter under the laws of the United States. Plaintiff has duly complied with all required provisions of the copyright laws of the United States applicable to Work 2, including but not limited to, duly registering and receiving a copyright in and to Work 2 with the United States Copyright Office in 2005 (SRu 621-781).

17. Sometime within the past three years, Defendants used Work 2 without authorization. Specifically, Plaintiff recently discovered that the track "10 Million $ Mortgage" was commercially released sometime in or about January of 2016 on an album entitled "Rawwest N**** Alive" by Tyga, through Tyga's label imprint, Last Kings, and distributed by Empire and UMG. The track "10

1  Million Dollar Mortgage" utilized Work 2 (as well as Work 1, which is addressed in the First Claim
2  for Relief). Work 2 was used without authorization.
3    18. In undertaking the conduct complained of in this action, Defendants infringed and
4  knowingly and intentionally violated Plaintiff's rights.
5    19. Based upon Defendants' infringement, Plaintiff is entitled to actual damages (or may
6  hereafter elect statutory damages). Plaintiff is also entitled to an award of attorney's fees and costs.
7    20. The amount of actual damages shall be proven at the time of trial.
8    21. Additionally, Defendants have caused and continues to cause great injury to Plaintiff,
9  which damage cannot be accurately computed, and unless this Court restrains Defendants from
10 further infringements, Plaintiff will suffer irreparable injury, for which there is no adequate remedy
11 at law.
12
13   WHEREFORE, Plaintiff Immediate prays as follows:
14   1. That Defendants and all persons acting under the direction, control, permission or
15 authority of said Defendants be permanently enjoined and restrained from using the copyrighted
16 musical compositions and sound recordings and from causing or permitting said copyrighted musical
17 compositions and sound recordings to be sold, distributed, broadcast or disseminated in connection
18 with any broadcast or other means of dissemination used by Defendants.
19   2. That Defendants be ordered to pay Plaintiff's actual damages in an amount to be
20 proven at the time of trial. Alternatively, in the event such an election is made by Plaintiff, that
21 Defendants be ordered to pay statutory damages as specified in 17 U.S.C. § 504(c)(1) for willful
22 infringement. Plaintiff reserves the right to elect between statutory and actual damages as such
23 election is permitted under 17 U.S.C. § 504.
24   3. That Defendants be ordered to pay the Plaintiff's costs and attorney's fees.
25 //
26 //
27 //
28 //

4.    For such other and further relief as this Court may deem just and proper.

Dated: June 14, 2017                       GUTMAN LAW

By:    */s/ Alan S. Gutman*
Alan S. Gutman
Attorneys for Plaintiff
IMMEDIATE MUSIC, LLC

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

Dated: June 14, 2017                       GUTMAN LAW

By:    */s/ Alan S. Gutman*
Alan S. Gutman
Attorneys for Plaintiff
IMMEDIATE MUSIC, LLC

---

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR COPYRIGHT INFRINGEMENT**

5