UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMEDIATE MUSIC, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> MICHEAL RAY STEVENSON pka "TYGA"; LAST KINGS RECORDS; UMG RECORDINGS; EMPIRE DISTRIBUTION; <br><br> Defendants. | Case Number 2:17-cv-4406 JAK (SSx) <br><br> **JUDGMENT AND PERMANENT INJUNCTION** <br><br> **JS-6** |

Plaintiff's motion for default judgment having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiff Immediate Music, LLC have and recover from Defendants Micheal Ray Stevenson, pka "Tyga," Last Kings Records and Empire Distribution, jointly and severally, the amount of $150,000 for the willful copyright infringement of two (2) musical compositions and sound recordings belonging to Plaintiff, plus attorney's fees in the amount of $6,600 and costs in the amount of $1,679.93, for a total of $158,279.93, with post-interest judgment.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants Micheal Ray Stevenson, pka "Tyga," Last Kings Records and Empire Distribution, and all persons acting under the direction, control, permission or authority of said Defendants, are

permanently enjoined and restrained from using the copyrighted musical compositions and sound recordings and from causing or permitting said copyrighted musical compositions and sound recordings to be sold, distributed, broadcast or disseminated in connection with any broadcast or other means of dissemination used by Defendants.

**IT IS SO ORDERED.**

Dated: January 17, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE